IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY
NEWARK DIVISION

| | |
|---|---|
| In re<br><br>**BERT R. MITTELSTADT &**<br>**FAITH H. MITTELSTADT**<br><br>Debtors | Chapter 7<br><br>Case No.: 22-16794-SLM<br><br>Hearing Date: October 1, 2024<br><br>Honorable Stacey L. Meisel |

**CERTIFICATION BY EDWARD ENGLE IN SUPPORT OF STAY RELIEF**

Edward Engle, of full age, certifies as follows:

1. I, Edward Engle, am a secured creditor holding a recorded mortgage against real property located at 555 Route 46, Kenville, New Jersey 07847. I make this certification in support of a Motion for Stay Relief for cause. These is no equity in the subject property as the liens on the property exceeds its value.

2. Further, the Debtors ceased making payments on the mortgage held by Secured Creditor since January 2018 and continue to amass interest charges and taxes while living for free.

3. The Lien held by me against the subject property is secured and originates from a loan that was given to the Debtors, secured by a first mortgage given by the Debtors to me. See attached recorded Mortgage. – **Exhibit A.**

4. The subject property for which I am the mortgagor is described as Block 2702, Lots 1, 24, and 25. See **Exhibit A.**

5. Block 2702 Lot 1 was sold at a separate sheriff sale following a Motion for Stay Relief filed by Secured Creditor Buce Seidner. I still hold the sole lien on Lots 24 and 25.

6. The mortgage was signed on October 12, 2011, and was recorded in the Morris County Clerk's office on June 27, 2018. See **Exhibit A**.

7. A Proof of Claim was filed in this matter in the amount of $177,741.33. **Exhibit B.**

8. Debtors have made no payment towards the mortgage held by me since the filing of their Chapter 7 Petition.

9. There appears to be no equity in the subject property as the attached Liens appear to exceed the value of the property. (*See* Motion for Stay Relief, filed by Secured Creditor Bruce Seidner attaching Appraisal)

10. Debtors' have attempted to sell the subject property without success, as the offered purchase price was less than the value the Debtors' assumed the value of the property to be. (*See* Motion for Stay Relief, filed by Secured Creditor Bruce Seidner attaching Appraisal)

11. On or about November 30, 2022, the Debtors received an Order of Discharge.

I certify that the foregoing statements made by me are true and correct to the best of my knowledge and belief. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to the penalty of perjury.

Dated: 8/20/24

Edward Engle,
Secured Creditor