IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY
NEWARK DIVISION

Zackery Wynne, Esq. (ID # 375052023)
Griffin Alexander, P.C.
415 Route 10, 2nd Floor
Randolph, NJ  07869
(973)366-1188 Fax:  973-366-4848
Attorney for Creditor, Edward Engle

Order Filed on October 2, 2024
by Clerk,
U.S. Bankruptcy Court
District of New Jersey

In re

**BERT R. MITTELSTADT  &
FAITH H. MITTELSTADT**

Case No.: 22-16794-SLM
**Chapter 7**

**Debtors**

**Honorable Stacey L. Meisel**

Recommended Local Form: _____ Followed    __X__ Modified

## ORDER FOR RELIEF FROM AUTOMATIC STAY

The relief set forth on the following page is hereby **ORDERED.**

**DATED: October 2, 2024**

_Stacey L. Meisel_
Honorable Stacey L. Meisel
United States Bankruptcy Judge

Upon the motion of Creditor, Edward Engle, under Bankruptcy Code sections 362(a) and 362(d) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown from the Certification submitted by Edward Engle, it is

**ORDERED** that the automatic stay is vacated to permit the movant to institute or resume and prosecute to conclusion one or more action in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

a. File additional liens as necessary on the Debtor's property, known Block 2702 Lot 24 and Block 2702 Lot 25 on the Roxbury Township Municipal Tax Map, Roxbury, New Jersey 07847; and,

b. Institute or pursue litigation based upon any existing liens against the Debtor's property known as Block 2702 Lot 24 and Block 2702 Lot 25 on the Roxbury Township Municipal Tax Map, Roxbury, New Jersey 07847; and,

c. Institute and/or pursue litigation against the Debtors for post-petition monies due and owing;

d. The Bankruptcy Trustee waive their rights to the property known Block 2702 Lot 24 and Block 2702 Lot 25 on the Roxbury Township Municipal Tax Map, Roxbury, New Jersey 07847; and,

e. Imposition of legal fees and cost incurred for this Motion.

It is further **ORDERED** that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this Order on the debtor, any trustee and any other party who entered an appearance on the motion.