| UNITED STATES BANKRUPTCY COURT <br> DISTRICT OF NEW JERSEY |
|---|
| CHARLES M. FORMAN <br> Chapter 7 Trustee <br> FORMAN HOLT <br> 365 W. Passaic Street <br> Suite 400 <br> Rochelle Park, NJ 07662 <br> Telephone: (201) 845-1000 <br> (CMF - 8937) |

| In Re: <br><br> Bert R. Mittelstadt & Faith H. Mittelstadt, <br><br>                              Debtors. | Chapter: 7 <br><br> Case No.: 22-16794 (SLM) |
|---|---|

## TRUSTEE'S STATUS REPORT

Charles M. Forman, Trustee for the estate of Bert R. Mittelstadt & Faith H. Mittelstadt ("Debtors"), files this status report in the captioned matter.

### BACKGROUND

1. On August 29, 2022, the Debtor filed a voluntary petition for relief under Chapter 7 of the Bankruptcy Code.

2. On August 30, 2022, Charles M. Forman was appointed as Chapter 7 Trustee.

### STATUS

3. The matter has been held open to pursue the Debtors' potential claim v. Roundup.

Dated: March 7, 2025

/s/ Charles M. Forman
Charles M. Forman, Chapter 7 Trustee

F0232881 - 1

**UNITED STATES BANKRUPTCY COURT**
**District of New Jersey**

# memorandum



☒ P.O. Box 1352
Newark, NJ 07101-1352
(973) 645-4764

☐ P.O. Box 2067
Camden, NJ 08101-2607
(856) 361-2300

☐ 402 East State Street
Trenton, NJ 08608
(609) 858-9333

TO: Charles M. Forman

FROM: Clerk's Office

CASE NO./NAME: 22-16794

DATE: 3/4/25

---

In reviewing this case to determine if it is ready for closing, it has been noted that the following document(s) have not been filed:

☐ Trustee's Report of No Assets

☐ Certification of Service Concerning Order Respecting Amendment to Schedules or List of Creditors

☐ Chapter 13 Trustee's Final Report

☐ Order concerning a Motion returnable: _____

☒ Other: Trustee Report/Status Report

**IF ASSETS ARE CONTEMPLATED IN A CHAPTER
7 CASE, SUBMIT NOTICE OF DISCOVERED ASSETS**

Please forward the above document(s) to the Court within ten (10) days; if they cannot be forwarded, please notify the Court. If the document(s) are not forwarded and no response is received, the case may be closed, or listed for Status Conference. Your cooperation is greatly appreciated.

**PLEASE ENCLOSE A COPY OF THIS MEMO WITH ANY SUBMISSION**

JEANNE A. NAUGHTON, Clerk

*rev.1/4/17*